IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DANIEL EDWARD MURRAY, #1468676 | § | |
| | § | |
| VS. | § | CIVIL ACTION NOS. 4:16cv41, 4:16cv42 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-named and numbered cases were referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation recommending that the petitions be denied and dismissed with prejudice. Petitioner filed objections.

Having made a *de novo* review, the court concludes that the findings and conclusions of the Magistrate Judge are correct, and the objections of Petitioner are without merit. Petitioner reurges the issues raised in the petition and fails to show that the Report and Recommendation is in error or that he is entitled to relief. Accordingly, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is

**ORDERED** that the petitions for writ of habeas corpus are **DENIED** and Petitioner's cases are **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. It is further

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**SIGNED this the 14th day of March, 2019.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE